# United States District Court
# Central District of California

| | |
|---|---|
| STAR FABRICS, INC., | Case No. 2:14-cv-8494-ODW(SHx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| THREE PLUS ONE, INC. DBA | **SETTLEMENT** |
| AUDREY 3+1; JESSICA ISSLER DBA | |
| DAINTY HOOLIGAN; ALICE IN | |
| WONDERLAND FROCKS, INC.' DOES | |
| 1 – 10, | |
| Defendants. | |

In light of the Notice of Settlement (ECF No. 21), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Friday, September 18, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

August 4, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**